**MEMO ENDORSED**



U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 19, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-20-08
```

**By Hand**
The Honorable Leonard B. Sand
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Luka Grishaj, et al, 07 Cr. 1158 (LBS)

Dear Judge Sand:

   As discussed with Your Honor's Deputy, this letter confirms that Your Honor has adjourned the trial date in the above-referenced matter from September 8, 2008 to September 22, 2008, at the request of the Government and Raul Pena, and without objection by Luka Grishaj and Alexander Amparo.

   The Government respectfully requests that time be excluded under the Speedy Trial Act from today through September 22, 2008. During this time, the parties will continue to prepare for trial, and counsel will continue discussions with the Government concerning possible dispositions of their client's cases without the need for trial. This request is made with the consent of counsel for Luka Grishaj, Raul Pena and Alexander Amparo, the remaining defendants.

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

*Granted*
*SO and*
*VOA/*
*8/18/08*

cc:   By facsimile
      Daniel Nobel, Esq.(counsel for the defendant Alexander Amparo) 212-219-9255 fax
      Barry Agulnick, Esq. (counsel for the defendant Luka Grishaj) 212-693-1666 fax
      Ellyn Bank, Esq. (counsel for the defendant Raul Pena) 212-566-8165 fax

**MEMO ENDORSED**